IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 26, 2008

Charles R. Fulbruge III
Clerk

No. 06-31036

WEYERHAEUSER CO

Plaintiff-Appellee

v.

PETRO-HUNT LLC

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:04-CV-2177

Before KING, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The order appealed from being a case-management order, rather than an injunction, jurisdiction for this appeal is lacking. See 28 U.S.C. § 1292(a)(1).

DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.